UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE CARNESSALE, | Case No. CV 09-4710 AHM(JC) |
| Plaintiff, | (PROPOSED) |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| GEORGE W. BUSH, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that the complaint is dismissed without leave to amend and that this action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the United States Magistrate Judge's Report and Recommendation by United States mail on the parties to this action.

IT IS SO ORDERED.
DATED: August 25, 2009

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE