1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE CARNESSALE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH,<br><br>    Defendant. | Case No. CV 09-4710 AHM(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed without leave to amend and that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 25, 2009

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE